# EXHIBIT A

CAUSE NUMBER 201931288B

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 807049    TRACKING #: 73645959    DEL TO: EML

| GARNISHER:RESOLUTE OIL LLC | In the 164thJudicial District Court of |
|---|---|
| Vs. | Harris County, Texas |
| GARNISHEE: BMO HARRIS BANK N A | |

WRIT OF GARNISHMENT AFTER JUDGMENT

STATE OF TEXAS
TO:BMO HARRIS BANK N A MAY BE SERVED BY SERVING ITS REGISTERED AGENT

CT CORPORATION SYSTEM,GARNISHEE

1999 BRYAN ST SUITE 900, DALLAS TX 75201

    Whereas in the 164th District Court, of Harris County, Texas, in Cause Number 2019-31288, RESOLUTE OIL LLC was Plaintiff, and LUBRICATING SPECIALTIES COMPANY was Defendant(s). The Plaintiff RESOLUTE OIL LLC, on JULY 8, 2019 secured a Judgment against said LUBRICATING SPECIALTIES COMPANY, Defendant in the amount of $769,016.54 dollars, besides interest and cost of suit, has applied for a Writ of Garnishment against you; the said Garnishee:

    THEREFORE YOU ARE HEREBY COMMANDED to file a sworn written answer on or before ten o'clock A.M., on the Monday next following expiration of Twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to said defendant, and were, when this Writ was served upon you; and

1. What effects, if any of the said defendant you had in your possession, and had when this writ was served.

2. What other persons, if any, within your knowledge, are indebted to the said defendant, or have effects belonging to said defendant in their possession.

    YOU ARE FURTHER COMMANDED not to pay to defendant any debt or to deliver to him any effects pending further order of this court.

TO DEFENDANT: LUBRICATING SPECIALTIES COMPANY

    You are hereby notified that certain properties alleged to be owned by you have been garnished. If you claim any rights in such property, you are advised:

    *"YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT."*

    Herein fail not, but make due answer as the Law directs.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas,July 17, 2019.

*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
Generated By: RHONDA MOMON

Issued at request of: JACKSON, DANIEL WARD
3900 ESSEX LANE, STE 1116
HOUSTON, TX 77027

00796817

Tracking Number: 73645959

CAUSE NUMBER: 201931288B

PLAINTIFF: RESOLUTE OIL LLC

Vs.

DEFENDANT: BMO HARRIS BANK N A

In the 164th
Judicial District Court of
Harris County, Texas

OFFICER'S / AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____.M., and executed in _____ County, Texas, by delivering to the within named _____, in person, a copy of this Writ, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of Judge's Order, on the _____ day of _____, 20____, at _____ o'clock ____. M., at _____, place of service.

NOT EXECUTED FOR THE FOLLOWING REASONS: _____

Returned: _____, 20_____
Fees: $_____

By: _____
_____ of
_____ County, Texas

SWORN TO AND SUBSCRIBED BEFORE ME, this _____ day of _____, 20____.

_____
Notary Public

CAUSE NO. 2019-31288B

RESOLUTE OIL, LLC      IN THE 164TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY,
VS.      TEXAS

BMO HARRIS BANK, N.A.

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, **Guy C. Connelly** (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is **Guy C. Connelly** (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:
2701 W. 15th, Plano, TX 75075
(SERVER'S ADDRESS)

2. ON 7/12/19 (DATE) AT 5:30 (P) M (TIME)
WRIT OF GARNISHMENT AFTER JUDGMENT, APPLICATION FOR POST JUDGMENT WRIT OF GARNISHMENT, DECLARATION OF SCOTT K. VASTINE, EXHIBIT 1 came to hand for delivery to BMO HARRIS BANK, N.A. BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM.

3. ON 7/18/19 (DATE) AT 11:25 (A) M (TIME) - The above named documents were delivered to: BMO HARRIS BANK, N.A. BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM by delivering to

Kim Hignowee, P.S.
(NAME AND TITLE), authorized agent for service @
1999 Bryan, Suite 900, Dallas, TX 75201
(ADDRESS), by CORPORATE Service

SIGNATURE
PSC# 2201 EXPIRATION: 9/30/20

Guy C. Connelly
**AFFIANT PRINTED NAME**

SWORN TO AND SUBSCRIBED before me by **Guy C. Connelly** appeared on this 18 day of July, 2019 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2019.07.394254

Anna M. Connelly
My Commission Expires
03/13/2023
ID No. 126022935

Certified Document Number: 86322205 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 29, 2019

Certified Document Number:        86322205 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**